UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:25-cv-20210-KMM

NIGEL FRANK DE LA TORRE PARDO,
an Individual

    Plaintiff,

v.

HARBIE CENTER CONDOMINIUM
ASSOCIATION, INC., a Florida
Corporation, OFRENDA FAMILIAR LLC,
a Florida Limited Liability Company, and
BOCAS DORAL LLC D/B/A BOCAS
HOUSE, a Florida Limited Liability
Company.

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendants, BOCAS DORAL LLC D/B/A BOCAS HOUSE and OFRENDA FAMILIAR LLC, hereby advise the Court that the Parties have reached an agreement in principle to settle the instant case pending completion of certain terms of the Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice upon completion of certain terms of the Settlement Agreement, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this March 4, 2025.

/s/ Anthony J. Perez
ANTHONY J. PEREZ
Florida Bar No.: 535451
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

/s/ Jillian Postal
JILLIAN POSTAL
Florida Bar No. 1011576
Saul Ewing LLP
Counsel for Defendant
701 Brickell Avenue, 17th Floor
Miami, Florida 33131
Telephone: (305) 428-4500
E-Mail: jillian.postal@saul.com
*Counsel for Defendant,
 BOCAS DORAL LLC d/b/a/ BOCAS
HOUSE*

/s/ Maria L. Larrabure
MARIA L. LARRABURE, ESQ.
Florida Bar No. 86059
SANCHEZ VADILLO, LLP
3105 NW 107th Avenue, Suite 103
Miami, Florida 33172
Telephone: (305) 436-1410
Email: mlarrabure@svlawus.com
*Counsel for Defendant, OFRENDA
FAMILIAR LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this March 4, 2025.

Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiff*
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mails: jr@ajperezlawgroup.com

By: __/s/ *Anthony J. Perez*____
      ANTHONY J. PEREZ