**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 1:25-cv-20210-KMM

NIGEL FRANK DE LA TORRE PARDO,
an Individual

    Plaintiff,

v.

HARBIE CENTER CONDOMINIUM
ASSOCIATION, INC., a Florida
Corporation, OFRENDA FAMILIAR LLC,
a Florida Limited Liability Company, and
BOCAS DORAL LLC D/B/A BOCAS
HOUSE, a Florida Limited Liability
Company.

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

  Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, HARBIE CENTER

CONDOMINIUM ASSOCIATION, INC, hereby advise the Court that the Parties have reached

an agreement in principle to settle the instant case pending completion of certain terms of the

Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice

upon completion of certain terms of the Settlement Agreement, which they reasonably expect to

do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully

request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this March 12, 2025.

/s/ Anthony J. Perez
ANTHONY J. PEREZ
Florida Bar No.: 535451
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

*and*

/s/ Ari A. Sweetbaum
ARI A. SWEETBAUM
Fla. Bar No.: 46864
DANIELS, RODRIGUEZ, BERKELEY,
DANIELS & CRUZ, P.A.
4000 Ponce De Leon Boulevard, Suite 800
Coral Gables, Florida 33146
Tel.: (305) 448-7988 │ Fax: (305) 448-7978
Email: asweetbaum@drbdc-law.com
*Attorneys for Defendant, Harbie Center Condominium Association, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this March 12, 2025.

Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiff*
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mails: jr@ajperezlawgroup.com

By: _/s/ Anthony J. Perez____
ANTHONY J. PEREZ