UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:25-cv-20210-KMM

NIGEL FRANK DE LA TORRE PARDO,
an Individual

       Plaintiff,

v.

HARBIE CENTER CONDOMINIUM
ASSOCIATION, INC., a Florida
Corporation, OFRENDA FAMILIAR LLC,
a Florida Limited Liability Company, and
BOCAS DORAL LLC D/B/A BOCAS
HOUSE, a Florida Limited Liability
Company.

       Defendant.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, ("Plaintiff"), and Defendant, HARBIE CENTER CONDOMINIUM ASSOCIATION, INC. ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that, consistent with the terms of the parties' settlement agreement, this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs .

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on March 17, 2025.

<table>
<tr><td>

*s/ Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
Fla Bar No.: 535451
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

</td><td>

*/s/ Ari A. Sweetbaum*
ARI A. SWEETBAUM
Fla. Bar No.: 46864
DANIELS, RODRIGUEZ, BERKELEY, DANIELS & CRUZ, P.A.
4000 Ponce De Leon Boulevard, Suite 800
Coral Gables, Florida 33146
Tel.: (305) 448-7988
Email: asweetbaum@drbdc-law.com
*Attorneys for Defendant, Harbie Center Condominium Association, Inc.*

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on March 17, 2025.

**ANTHONY J. PEREZ LAW GROUP, PLLC**
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.